Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendant
AIG Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY T. ERKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AIG INSURANCE COMPANY, a ) | |
| foreign corporation; and AIG ) | Case No. 3:06-cv-_____-_____ |
| ALASKA REPRESENTATIVES, ) | |
| residents of Alaska, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF REMOVAL OF CASE FROM
STATE COURT (SUPERIOR COURT NO. 3AN-04-11727 CIVIL)**

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the defendant, AIG Insurance Company, a foreign corporation, contemporaneous with the filing of this Notice, are effectuating the removal of the above-referenced action from the Superior Court of the State of Alaska,

Third Judicial District, to the United States District Court for the District of Alaska. A true and correct copy of the Notice to Superior Court of Filing Notice of Removal filed in Case No. 3AN-04-11727 Civil, is attached hereto as **Exhibit A**. The removal is based on the following grounds:

1. On or about October 7, 2004, there was filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, the above-entitled action, Case No. 3AN-04-11727 Civil.

2. The United States District Court has jurisdiction over the superior court action in this matter, pursuant to 28 U.S.C. § 1332 as one that may be removed under 28 U.S.C. § 1441(a) based on diversity of citizenship, and as meeting all jurisdictional requirements.

3. This notice of removal is timely filed because it is filed within thirty days of the first service of the Complaint upon AIG Insurance Company.

4. AIG Insurance Company is a corporation organized under the laws of the State of New York with its principal place of business in New York.

6. It is anticipated that any defendants who have not been served with the complaint or appeared will either be voluntarily

Notice of Removal of Case from State Court
Page 2 of 4
Erkins v. AIG Ins. Co., et al.
Case No. 3:06-cv-_____-_____

dismissed from this case by plaintiff or the undersigned will enter an appearance for them and be representing them; and thus, all named defendants have consented to this removal or will be dismissed from the case, and thus their consent will not be necessary.

7. Plaintiff is a citizen of Alaska.

8. The complaint alleges damages in excess of $75,000, thus meeting the jurisdictional requirements for diversity of citizenship and removal under 28 U.S.C. § 1332.

Dated at Anchorage, Alaska this 24th day of March, 2006.

                        DELANEY WILES, INC.
                        Attorneys for Defendant
                        AIG Insurance Company

                        s/Clay A. Young_____
                        Delaney Wiles, Inc.
                        1007 W. 3rd Ave., Ste. 400
                        Anchorage, AK  99501
                        907-279-3581
                        907-277-1331 fax
                        E-mail:   cay@delaneywiles.com
                        Alaska Bar Assoc. No. 7410117

Notice of Removal of Case from State Court
Page 3 of 4
Erkins v. AIG Ins. Co., et al.
Case No. 3:06-cv-_____-_____

**CERTIFICATE OF SERVICE**

I hereby certify that a true and
correct copy of this document
was mailed on the 24th day of March, 2006, to:

Steven J. Shamburek
Law Office of Steven J. Shamburek
425 "G" Street, Suite 630
Anchorage, Alaska  99501


s/Clay A. Young_____
114867

Notice of Removal of Case from State Court
Page 4 of 4
Erkins v. AIG Ins. Co., et al.
Case No. 3:06-cv-_____-_____