IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GREGORY T. ERKINS,                    ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| vs.                                   ) | |
| ) | |
| AIG INSURANCE COMPANY, a              ) | |
| foreign corporation; and AIG          ) | |
| ALASKA REPRESENTATIVES,                ) | |
| residents of Alaska,                  ) | |
| ) | |
| Defendants.       ) | |
| _____) | Case No. 3AN-04-11727 Civil |

**NOTICE TO SUPERIOR COURT OF FILING NOTICE OF REMOVAL**

TO:   CLERK OF COURT

PLEASE TAKE NOTICE that on March 24, 2006, the defendant, AIG Insurance Company, a foreign corporation, named as a defendant in the Complaint in this action, filed in the United States District Court for the District of Alaska, at Anchorage, Alaska, its notice of removal from state court, and that a copy of said notice of removal is on file with the above-captioned court.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of said notice of removal in the United States District Court, together with a filing of a copy of said notice with this court, effects the removal of this action and

Exhibit A
Page 1 of 2 Pages

the above-captioned court may proceed no further, unless and until the case is remanded.

A copy of the notice of removal being filed concurrently in the United States District for the District of Alaska is attached hereto.

DATED this 24th day of March, 2006, at Anchorage, Alaska.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant
AIG Insurance Company

For Clay A. Young
AK Bar Assoc. No. 7410117

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was mailed/hand delivered on the _____ day of March, 2006, to:

Steven J. Shamburek
Law Office of Steven J. Shamburek
425 "G" Street, Suite 630
Anchorage, Alaska 99501

Dru Lippert 114811

Notice to Superior Court of Filing
Notice of Removal
Page 2 of 2
Erkins v. AIG Ins. Co., et al.
Case No. 3AN-04-11727 Civil

LANEY WILES, INC.
SUITE 400
07 WEST 3RD AVENUE
CHORAGE, ALASKA
(907) 279-3581

Exhibit A
Page ___ of ___ Pages