Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendant
AIG Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY T. ERKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AIG INSURANCE COMPANY, a ) | |
| foreign corporation; and AIG ) | Case No. 3:06-cv-_____-_____ |
| ALASKA REPRESENTATIVES, ) | |
| residents of Alaska, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF COMPLETE SERVICE LIST**

1. **Plaintiff:**

    Steven J. Shamburek
    Law Office of Steven J. Shamburek
    425 "G" Street, Suite 630
    Anchorage, Alaska  99501
    Telephone:  (907) 522-5339
    Fax:  (907) 522-5393

2. **Defendant:**

    Clay A. Young
    Delaney Wiles, Inc.

1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
Telephone:  (907) 279-3581
Fax:  (907) 277-1331
cay@delaneywiles.com


Dated at Anchorage, Alaska this 24th day of March, 2006.

DELANEY WILES, INC.
Attorneys for Defendant
AIG Insurance Company

s/Clay A. Young_____
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
E-mail:   cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that a true and
correct copy of this document
was mailed on the 24th day of March, 2006, to:

Steven J. Shamburek
Law Office of Steven J. Shamburek
425 "G" Street, Suite 630
Anchorage, Alaska  99501


s/Clay A. Young_____
114875