Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendant
AIG Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY T. ERKINS, )<br>)<br>    Plaintiff, )<br>)<br>  vs. )<br>)<br>AIG INSURANCE COMPANY, a )<br>foreign corporation; and AIG )<br>ALASKA REPRESENTATIVES, )<br>residents of Alaska, )<br>)<br>    Defendants. )<br>_____ ) | Case No. 3:06-cv-_____-_____ |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, defendant AIG Insurance Company, a foreign corporation, states:

1.  AIG Insurance Company is not owned by any parent corporation, or by any publicly held corporation which owns 10% or more of its stock.

Dated at Anchorage, Alaska this 24th day of March, 2006.

DELANEY WILES, INC.
Attorneys for Defendant
AIG Insurance Company

s/Clay A. Young_____
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
E-mail:   cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I hereby certify that a true and
correct copy of this document
was mailed on the 24th day of March, 2006, to:

Steven J. Shamburek
Law Office of Steven J. Shamburek
425 "G" Street, Suite 630
Anchorage, Alaska  99501


s/Clay A. Young_____
114874

Rule 7.1 Disclosure Statement
Page 2 of 2
Erkins v. AIG Ins. Co., et al.
Case No. 3:06-cv-_____-_____