Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendant
AIG Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GREGORY T. ERKINS,

Plaintiff,

vs.

AIG INSURANCE COMPANY, a foreign corporation; and AIG ALASKA REPRESENTATIVES, residents of Alaska,

Defendants.

Case No. 3:06-cv-00064-TMB

**NOTICE OF COMPLIANCE WITH MINUTE ORDER, DATED MARCH 28, 2006**

Pursuant to this court's Minute Order of March 28, 2006, and 28 U.S.C. § 1447(b), defendant AIG Insurance Company, a foreign corporation, hereby provides a copy of all documents to the United States District Court, for the District of Alaska, which constitutes a complete copy of the Superior Court file, Erkins v. AIG Ins. Co., et al., Case No. 3AN-04-11727 Civil. The documents are listed below and attached as the following exhibits:

## Superior Court File Index

| No. | Date | Party | Title of Documents |
|---|---|---|---|
| 1. | 10/7/04 | Plaintiff | Complaint |
| 2. | 10/7/04 | Plaintiff | Summons and Notice to Both Parties of Judicial Assignment (AIG Alaska Representatives) |
| 3. | 10/12/04 | Court | Order re Notice of Change of Judge |
| 4. | 2/2/05 | Plaintiff | Motion and Memorandum for Extension of Time to Serve Defendants |
| 5. | 2/15/05 | Court | Order Regarding Motion for Extension of Time to Serve Defendants |
| 6. | 6/6/05 | Plaintiff | Motion and Memorandum for Extension of Time to Serve Defendants |
| 7. | 6/21/05 | Court | Order Regarding Motion for Extension of Time to Serve Defendants |
| 8. | 10/24/15 | Plaintiff | Motion and Memorandum for Extension of Time to Serve Defendants |
| 9. | 11/7/05 | Court | Order Regarding Motion for Extension of Time to Serve Defendants |
| 10. | 3/6/06 | AIG Ins. Co. | Entry of Appearance |
| 11. | 3/10/06 | AIG Ins. Co. | Answer of AIG Insurance Company to Complaint |
| 12. | 3/10/06 | AIG Ins. Co. | Demand for Jury Trial |
| 13. | 3/20/06 | Court | Initial Pretrial Order |
| 14. | 3/24/06 | AIG Ins. Co. | Notice to Superior Court of Filing Notice of Removal |

A complete service list was filed with this court on March 24, 2006.

/

/

/

/

/

/

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

NOTICE OF COMPLIANCE WITH MINUTE ORDER, DATED MARCH 28, 2006
Erkins v. AIG Ins. Co., et al., Case No. 3:06-cv-00064-TMB
Page 2 of 3

DATED at Anchorage, Alaska this 5th day of April, 2006.

DELANEY WILES, INC.
Attorneys for Defendant
AIG Insurance Company


s/Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
E-mail:  cay@delaneywiles.com
Alaska Bar Assoc. No. 7410117


**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2006, a copy of foregoing Notice of Compliance with Minute Order, Dated 3/28/06 was served electronically on the following:

Steven J. Shamburek
Law Office of Steven J. Shamburek
425 "G" Street, Suite 630
Anchorage, Alaska  99501
shamburek@gci.net


s/Clay A. Young
114877

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

NOTICE OF COMPLIANCE WITH MINUTE ORDER, DATED MARCH 28, 2006
Erkins v. AIG Ins. Co., et al., Case No. 3:06-cv-00064-TMB
Page 3 of 3