IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

GREGORY T. ERKINS, )
)
)
Plaintiff(s), )
vs. )
AIG INSURANCE COMPANY, a )
foreign corporation; )
AIG ALASKA REPRESENTATIVES, ) CASE NO. 3AN-04-11727 CF
residents of Alaska, )
Defendant(s). )

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: AIG ALASKA REPRESENTATIVES

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Steven J. Shamburek, 425 G Street, whose address is: Suite 630, Anchorage, Alaska 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[✓] This case has been assigned to Superior Court Judge _Pinder?_

[ ] This case has been assigned to District Court Judge _____

CLERK OF COURT

10-7-04                             By: _[signature]_
Date                                    Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (6/99)(st.3)                      Civil Rules 4, 5, 12, 55
SUMMONS

EXHIBIT 2
Page 1 of 1