IN THE DISTRICT COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Gregory T. Erkins,
   Plaintiff,
vs.
AIG Insurance Company, a foreign corporation;
AIG Alaska Representatives, residents of Alaska,
   Defendant.

CASE NO. 04-11727 CI

**NOTICE OF CHANGE OF JUDGE**
(Peremptory Challenge)

Pursuant to Civil Rule 42(c)/Criminal Rule 25(d), Gregory T. Erkins, plaintiff/~~defendant~~, hereby peremptorily challenges the judge assigned to this case, Judge Rindner. Names and addresses of all parties (or their attorneys) in this case are (attach additional sheet if necessary):

AIG Insurance Company
AIG Alaska Representatives

I certify that a copy of this notice will be ~~has been~~ sent to each of the persons listed above.

Oct. 7, 2004
Date

Signature: Steven J. Shamburek
Type or Print Name: Steven J. Shamburek

---

**FOR COURT USE ONLY**

Notice is [X] timely    [ ] not timely.
[X] A peremptory challenge has not previously been filed by PLAINTIFF
[ ] A peremptory challenge was previously filed by [ ] plaintiffs. [ ] defendants.

10-12-04
Date

Clerk / ~~Judge~~

**ORDER**

[X] This case is reassigned to Judge GLEASON (FOR ALL FURTHER PROCEEDINGS)
[ ] This Notice of Change of Judge is not approved because
    [ ] It is not timely.
    [ ] Other: _____

10-12-04
Date

Judge / Clerk
PEDRO VILLARREAL
Type or Print Name

I certify that on 10-12-04, a copy of this order was sent to:
Judge RINDNER
Judge GLEASON
Parties/Atty: S. SHAMBUREK
Clerk: PV

TF-935 (2/00)(51.4)
NOTICE OF CHANGE OF JUDGE

Civil R. 42(c)
Crim. R. 25(d)

CALENDARING NOTICE
TRIAL DATE: _____
CALENDAR CALL: _____
LOCATION: _____
OTHER: _____

EXHIBIT 3
Page 1 of 1