IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

GREGORY T. ERKINS,)
)
    Plaintiff,)
)
vs.)
)
AIG INSURANCE COMPANY, a)
foreign corporation;)
AIG ALASKA REPRESENTATIVES,) Case No. 3AN-04-11727
residents of Alaska,)
)
    Defendants.)

## MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO SERVE DEFENDANTS

COMES NOW plaintiff, Gregory T. Erkins, by and through counsel, and files this MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO SERVE DEFENDANTS.

Plaintiff moves for an addition 120 days to serve defendants. A settlement may be possible without litigation of this matter.

Dated this 2nd day of February, 2005 at Anchorage, Alaska.

                LAW OFFICE OF STEVEN J. SHAMBUREK
                Attorneys for Plaintiff
                Gregory T. Erkins

        By: *Steven J. Shamburek* (signature)
             Steven J. Shamburek
             ABA: 8606063

EXHIBIT 4
Page 1 of 1