IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

GREGORY T. ERKINS            )
                            )
            Plaintiff,       )
                            )
      vs.                    )
                            )
AIG INSURANCE COMPANY, a     )
foreign corporation;         )
AIG ALASKA REPRESENTATIVES,  )    Case No. 3AN-04-11727
residents of Alaska,         )
                            )
            Defendants.      )
_____ )

## ORDER REGARDING MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

Plaintiff filed a motion for extension of time seeking an additional 120 days to serve defendants. The motion is granted.

IT IS SO ORDERED. *Service to be effectuated by 6-7-05*.

Dated this ___15___ day of ___February___, 2005.

_Sharon Gleason_
Sharon L. Gleason
Superior Court Judge

FEB 9 2005

I certify that on 2-16-05
a copy of the above was mailed to each of
the following at their address of record:    chambers

_signature_
Administrative Assistant

EXHIBIT ___5___
Page ___1___ of ___1___