Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339 Direct
(907) 522-5393 Fax

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GREGORY T. ERKINS, <br><br> Plaintiff, <br><br> vs. <br><br> AIG INSURANCE COMPANY, a foreign corporation; <br> AIG ALASKA REPRESENTATIVES, residents of Alaska, <br><br> Defendants. | Case No. 3AN-04-11727 |

**MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO SERVE DEFENDANTS**

COMES NOW plaintiff, Gregory T. Erkins, by and through counsel, and files this MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO SERVE DEFENDANTS.

Defendants have not been served. Plaintiff is discussing this case with Mr. Clay A. Young who may represent defendant AIG. Plaintiff moves for an addition 120 days to serve defendants. A settlement may be possible without litigation of this matter.

Dated this 6th day of June, 2005 at Anchorage, Alaska.

LAW OFFICE OF STEVEN J. SHAMBUREK
Attorneys for Plaintiff
Gregory T. Erkins

By: _/s/ Steven J. Shamburek_
Steven J. Shamburek
ABA: 8606063

EXHIBIT 6
Page 1 of 2

CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of June, 2005, a courtesy copy of the foregoing and a draft order was served by mail upon the following:

Mr. Clay A. Young
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501

*Steven J. Shamburek* (signature)
Steven J. Shamburek

EXHIBIT 6
Page 2 of 2