IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

GREGORY T. ERKINS       )
                       )
         Plaintiff,   )
                       )
     vs.              )
                       )
AIG INSURANCE COMPANY, a   )
foreign corporation;      )
AIG ALASKA REPRESENTATIVES, )  Case No. 3AN-04-11727
residents of Alaska,      )
                       )
         Defendants.  )
_____)

**ORDER REGARDING MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS**

Plaintiff filed a motion for extension of time seeking an additional 120 days to serve defendants. The motion is granted.

IT IS SO ORDERED. *No further extensions shall be accorded absent exceptional good cause, since this case was filed in October 04.*

Dated this _21_ day of _June_, 2005.

_Sharon Gleason_
Sharon L. Gleason
Superior Court Judge

EXHIBIT _1_

Page _1_ of _1_