Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 522-5339 Direct
(907) 522-5393 Fax

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GREGORY T. ERKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>AIG INSURANCE COMPANY, a foreign corporation;<br>AIG ALASKA REPRESENTATIVES, residents of Alaska,<br><br>    Defendants. | Case No. 3AN-04-11727 |

### MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO SERVE DEFENDANTS

COMES NOW plaintiff, Gregory T. Erkins, by and through counsel, and files this MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO SERVE DEFENDANTS.

Defendants have not been formally served. Plaintiff is discussing this case with Mr. Clay A. Young who represents the AIG defendants. Plaintiff has previously moved for extensions of an additional 120 days to serve defendants. The court granted the most recent motion and stated that no more extensions would be granted absent exceptional good cause.

Pursuant to agreement, plaintiff has released medical records and bills and provided income tax returns and other financial information to defendants. Defendants have taken an initial deposition of plaintiff on September 22. The parties

EXHIBIT 8
Page 1 of 3

have discussed resolution. A settlement may be possible without litigation of this matter. A copy of a letter from Mr. Clay A. Young regarding an extension is attached. Exhibit 1.

Civil Rule 1 states that the Alaska Rules of Civil Procedure "shall be construed and administered to secure the just, speedy and inexpensive determination of every action." This approach promotes the most just, speedy and inexpensive resolution of this matter under the circumstances. For these reasons, the motion should be granted. Plaintiff should be afforded an additional 120 days to serve the complaint with a warning that no more extensions will be granted absent exceptional good cause.

Dated this 14th day of October, 2005 at Anchorage, Alaska.

LAW OFFICE OF STEVEN J. SHAMBUREK
Attorneys for Plaintiff
Gregory T. Erkins

By: *(signature)*
Steven J. Shamburek
ABA: 8606063

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of October, 2005, a copy of the foregoing and a draft order was served by mail upon the following:

Mr. Clay A. Young
Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska 99501

*(signature)*
Steven J. Shamburek

EXHIBIT 8
Page 2 of 3



[Delaney Wiles letterhead]

October 6, 2005

VIA FACSIMILE

Steven J. Shamburek
Law Offices of Steven Jay Shamburek
405 G St., Ste. 630
Anchorage, AK 99501

Re: Erkins v. AIG Ins. Co., et al.
Case No. 3AN-04-11727 CI

Dear Steve:

We continue to discuss a possible resolution to this case prior to formal commencement of this lawsuit by service of the Summons and Complaint, and while we have not resolved it, I am confident that continued discussions are fruitful. I do not think my client would oppose a motion by you for a further extension of time to serve the Summons and Complaint, should you choose to file one.

Very truly yours,

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.

Clay A. Young

CAY:mmd  108008

EXHIBIT 1
Page 1 of 1

EXHIBIT 8
Page 3 of 3