IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

GREGORY T. ERKINS,            )
                              )
        Plaintiff,            )
                              )
vs.                           )
                              )
AIG INSURANCE COMPANY, a      )
foreign corporation;          )
AIG ALASKA REPRESENTATIVES,   ) Case No. 3AN-04-11727
residents of Alaska,          )
                              )
        Defendants.           )
_____)

### ORDER REGARDING MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS

Plaintiff filed a motion for extension of time seeking an additional 120 days to serve defendants. The motion is granted. No further extensions shall be accorded absent exceptional good cause. *Service to be effected by March 7, '06.*

IT IS SO ORDERED.

Dated this 7th day of November, 2005.

_____
Sharon L. Gleason
Superior Court Judge

EXHIBIT 9
Page 1 of 1