IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

GREGORY T. ERKINS, )
)
        Plaintiff, )
)
v. )
)
AIG INSURANCE COMPANY, a )
foreign corporation; )
AIG ALASKA REPRESENTATIVES, )
residents of Alaska, )
)
        Defendant. )  Case No. 3AN-04-11727 CI

### ENTRY OF APPEARANCE

The law firm of DELANEY, WILES, INC., hereby enters its appearance as attorneys of record for the defendant described as AIG Insurance Company, a foreign corporation, in the above entitled action, and requests that copies of all pleadings filed in this action be served upon them at 1007 West Third Avenue, Suite 400, Anchorage, Alaska 99501.

DATED this 6th day of March, 2006, in Anchorage, Alaska.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant AIG

Clay A. Young
Alaska Bar Assoc. No. 7410117

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT 10
Page 1 of 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6TH day of March, 2006, a true and accurate copy of the foregoing was mailed to the following:

Steven J. Shamburek
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, AK 99501

*Marilyn S. Bowe*

Marilyn S. Bowe
114441

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

ENTRY OF APPEARANCE
Erkins v. AIG, Case No. 3AN-04-11727 CI
Page 2 of 2

EXHIBIT 10
Page 2 of 2