IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

GREGORY T. ERKINS,                )
                                  )
           Plaintiff,             )
                                  )
v.                                )
                                  )
AIG INSURANCE COMPANY, a          )
foreign corporation; and AIG      )
ALASKA REPRESENTATIVES,           )
residents of Alaska,              )
                                  )
           Defendants.            )   Case No. 3AN-04-11727 CI
                                  )

### ANSWER OF AIG INSURANCE COMPANY TO COMPLAINT

COMES NOW AIG Insurance Company, a foreign corporation, through counsel, and for an answer to the Complaint on file herein, admits, denies, and alleges as follows:

1. Admit.

2. Answering defendant admits that it is and was licensed and authorized to conduct business as an insurer in Alaska. Allegations relating to its unnamed subsidiaries and affiliates are not pertinent and no response is necessary.

3. Denied. It is not believed any Alaskan residents were involved as alleged, and frankly, responding defendant does not understand what plaintiff is talking about in this paragraph of his Complaint.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3rd AVENUE
ANCHORAGE, ALASKA
(907) 279-3581



EXHIBIT 11
Page 1 of 4

4. The allegations in ¶ 4 are, generally, admitted.

5. The allegations in ¶ 5 are, generally, admitted. The policies, however, speak for themselves and take precedence over these allegations to the extent there is any difference.

6. Denied.

7. Answering defendant admits it had contact with plaintiff and was involved in handling or investigating the claims of Mr. Erkins. It further admits that it owed Mr. Erkins a duty of good faith and fair dealing under its policy. All remaining allegations in ¶ 7 are denied.

8. Denied.

9. Answering defendant admits that it agreed to reform the UM/UIM coverage of the policy to conform to the liability limits of the bodily injury coverage only. The remaining allegations of ¶ 9 are denied.

10. Admit.

11. Denied.

12. No response is necessary. This allegation simply restates what plaintiff believes the law to be, and responding defendant declines to adopt plaintiff's version thereof. Defendant specifically denies plaintiff's current statement of

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

ANSWER OF AIG INSURANCE COMPANY TO COMPLAINT
Erkins v. AIG Ins. Co., et al., Case No. 3AN-04-11727 CI
Page 2 of 4

EXHIBIT 11
Page 2 of 4

his past intent.

13. No response is necessary. This allegation simply restates what plaintiff believes the law to be, and responding defendant declines to adopt plaintiff's version thereof. Defendant specifically denies plaintiff's current statement of his past intent.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

### AFFIRMATIVE DEFENSES

1. Plaintiff has failed to mitigate his damages.

2. Plaintiff has failed to comply with all terms, conditions, and requirements of the policies of insurance.

3. Responding defendant reserves the right to assert additional affirmative defenses as they become discovered.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3rd AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

ANSWER OF AIG INSURANCE COMPANY TO COMPLAINT
Erkins v. AIG Ins. Co., et al., Case No. 3AN-04-11727 CI
Page 3 of 4

EXHIBIT 11
Page 3 of 4

WHEREFORE, having fully answered, defendant prays that plaintiff's Complaint be dismissed and that he take nothing thereby and that defendant be awarded its costs and attorney's fees incurred in defense of this action.

DATED this ___ day of March, 2006, in Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant
AIG Insurance Company

Clay A. Young
Alaska Bar Assoc. No. 7410117

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of March, 2006, a true and accurate copy of the foregoing was mailed to the following:

Steven J. Shamburek
Law Office of Steven J. Shamburek
425 G. St., Ste. 630
Anchorage, AK 99501

Dru Lippert
114576

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

ANSWER OF AIG INSURANCE COMPANY TO COMPLAINT
Erkins v. AIG Ins. Co., et al., Case No. 3AN-04-11727 CI
Page 4 of 4

EXHIBIT 11
Page 4 of 4