IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

GREGORY T. ERKINS, )
)
        Plaintiff, )
)
v. )
)
AIG INSURANCE COMPANY, a )
foreign corporation; and AIG )
ALASKA REPRESENTATIVES, )
residents of Alaska, )
)
        Defendants. )  Case No. 3AN-04-11727 CI
_____)

## DEMAND FOR JURY TRIAL

Defendant AIG Insurance Company, by and through counsel, DELANEY WILES, INC., pursuant to Civil Rule 38, hereby demands a trial by jury as to all issues so triable herein.

DATED this 10 day of March, 2006, in Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Defendant
AIG Insurance Company

_____
Clay A. Young
Alaska Bar Assoc. No. 7410117

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

EXHIBIT 12
Page 1 of 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of March, 2006, a true and accurate copy of the foregoing was mailed to the following:

Steven J. Shamburek
Law Office of Steven J. Shamburek
425 G. St., Ste. 630
Anchorage, AK 99501

_____
Dru Lippert
114578

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

DEMAND FOR JURY TRIAL
Erkins v. AIG Ins. Co., et al., Case No. 3AN-04-11727 CI
Page 2 of 2

EXHIBIT 12
Page 2 of 2