Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK 99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendant
AIG Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY T. ERKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| AIG INSURANCE COMPANY, a foreign corporation; and AIG ALASKA REPRESENTATIVES, residents of Alaska, | ) ) ) Case No. 3:06-cv-00064 TMB ) ) ) |
| Defendants. | ) ) |

**AFFIDAVIT OF CLAY A. YOUNG**

STATE OF ALASKA      )
                                        )ss.
THIRD JUDICIAL DISTRICT  )

Clay A. Young, being first duly sworn, deposes and states:

1. I am the attorney of record for AIG Insurance Company in this matter, and I have personal knowledge of the matters contained herein.

2. On or about February 24, 2006, I talked with counsel for the plaintiff Gregory T. Erkins and notified him that I would accept formal service of the complaint and summons on behalf of AIG Insurance Company. The reason for the uncertainty is caused because I notified plaintiff's counsel that I would accept formal service for AIG Insurance Company over the telephone. I have been unable to locate the formal copy of any complaint and summons that I may have received following the telephone call with plaintiff's counsel. I did not accept any formal service of process of the complaint and summons prior to February 24, 2006. I specifically notified the plaintiff's counsel that I was only accepting formal service on behalf of AIG Insurance Company. I am not aware of the existence of any AIG Alaska Representatives and have never accepted nor never agreed to accept service for any alleged AIG Alaska Representatives.

Further you affiant sayeth naught.

May 5, 2006
Date

Clay A. Young

SUBSCRIBED AND SWORN to before me this 5th day of May, 2006.

Notary Public in and for Alaska
My commission expires: 8-8-09

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Affidavit of Counsel
Page 2 of 3
Erkins v. AIG Ins. Co., et al.
Case No. 3:06-cv-00064 TMB

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served electronically on the 5th day of May, 2006, to:

Steven J. Shamburek
Law Office of Steven J. Shamburek
425 "G" Street, Suite 630
Anchorage, Alaska 99501


s/Clay A. Young
116640

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

Affidavit of Counsel
Page 3 of 3
Erkins v. AIG Ins. Co., et al.
Case No. 3:06-cv-00064 TMB