Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendant
AIG Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY T. ERKINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>AIG INSURANCE COMPANY, a foreign corporation; and AIG ALASKA REPRESENTATIVES, residents of Alaska,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00064 TMB<br>)<br>)<br>)<br>)<br>) |

### (PROPOSED) ORDER DENYING MOTION FOR REMAND

For the reasons set forth in Defendant, AIG Insurance Company's opposition to Plaintiff Gregory T. Erkins' motion for remand, the motion to remand is **DENIED**.

**IT IS SO ORDERED.**

_____        _____
Date                                                                    Timothy M. Burgess

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served electronically on the 5th day of May, 2006, to:

Steven J. Shamburek
Law Office of Steven J. Shamburek
425 "G" Street, Suite 630
Anchorage, Alaska  99501


s/Clay A. Young_____
116658

Order Denying Motion to Remand
Page 2 of 2
Erkins v. AIG Ins. Co., et al.
Case No. 3:06-cv-00064 TMB