IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| GREGORY T. ERKINS,<br><br>    Plaintiff,<br><br>v.<br><br>AIG INSURANCE COMPANY, a foreign corporation; and AIG ALASKA REPRESENTATIVES, residents of Alaska,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3AN-04-11727 CI |

### NOTICE OF TAKING DEPOSITION OF GREGORY T. ERKINS

To: Steven J. Shamburek

PLEASE TAKE NOTICE that Defendant AIG Insurance Company, pursuant to Rule 30 of the Alaska Rules of Civil Procedure, will take the deposition of Gregory T. Erkins before Alaska Stenotype Reporters, a notary public, or some other person qualified to take oaths at the offices of Delaney, Wiles, Hayes, Gerety, Ellis & Young, Inc., 1007 West Third Avenue, Suite 400, Anchorage, Alaska 99501, on September 22, 2005, at 1:00 p.m., and said examination will continue from day to day until completed. You are invited to attend and cross-examine. This deposition is being taken by agreement, prior to service of the Summons and Complaint, and without prejudice to take the deposition later, if

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

events warrant, and consistent with the usual rules against duplicative examination, etc.

DATED this 14 day of September, 2005, in Anchorage, Alaska.

DELANEY, WILES, HAYES,
GERETY, ELLIS & YOUNG, INC.
Attorneys for Defendant
AIG Insurance Company

_____
Clay A. Young
Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of September, 2004, a true and accurate copy of the foregoing was mailed to the following:

Steven J. Shamburek
Law Office of Steven J. Shamburek
425 G. St., Ste. 630
Anchorage, AK 99501

_____
Dru Lippert
108092

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

NOTICE OF TAKING DEPOSITION OF GREGORY T. ERKINS
Erkins v. AIG Ins. Co., et al., Case No. 3AN-04-11727 CI
Page 2 of 2