Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 630
Anchorage, Alaska 99501
shamburek@gci.net
(907) 522-5339 Direct

Attorney for Gregory T. Erkins

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GREGORY T. ERKINS,            )<br>                               )<br>       Plaintiff,             )<br>                               )<br>    vs.                        )<br>                               )<br>AIG INSURANCE COMPANY, a       )<br>foreign corporation;           )<br>AIG ALASKA REPRESENTATIVES,    ) Case No. 3:06-cv-64-TMB<br>residents of Alaska,           )<br>                               )<br>       Defendants.             )<br>_____) | |

**NOTICE OF SETTLEMENT**

COMES NOW plaintiff, Gregory T. Erkins, by and through counsel, and files this NOTICE OF SETTLEMENT. The parties will file a dismissal in the next few weeks.

Dated this 16th day of February, 2007.

                                                 LAW OFFICE OF STEVEN J. SHAMBUREK
                                                 Attorney for Plaintiff
                                                 Gregory T. Erkins

                                                   s/ Steven J. Shamburek
                                             By:_____
                                                 Steven J. Shamburek
                                                 Alaska Bar No. 8606063
                                                 LAW OFFICE OF STEVEN J. SHAMBUREK
                                                 425 G Street, Suite 630
                                                 Anchorage, Alaska 99501
                                                 shamburek@gci.net
                                                 (907) 522-5339 Direct

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 16th day of February, 2007, a copy of the foregoing was served by the ECF system upon the following:

Mr. Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Avenue, Suite 400
Anchorage, Alaska  99501

s/ Steven J. Shamburek
_____
Steven J. Shamburek