**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

    GREGORY T. ERKINS    v.    AIG INSURANCE COMPANY, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                    CASE NO.  3:06-cv-00064-TMB E

 Elisa Singleton

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: March 30, 2007

        It has come to the attention of the court by
communication from one or more of the parties that this case may
have been settled.   If a settlement has been reached, counsel
will please submit appropriate closing papers within thirty (30)
days from the date of this order or, in the alternative, counsel
for plaintiff (or third-party plaintiff, as appropriate) shall,
within said thirty-day period, report the status of the case to
the court.

        If the court receives neither appropriate closing
papers nor a report within thirty (30) days from the date of this
order, the court will assume that the parties have settled the
case and it will be dismissed with prejudice.

        The trial date, if any trial date has been set, is
hereby vacated, and all pending motions are denied as moot with
leave to renew if the case is not dismissed.