Clay A. Young
Delaney Wiles, Inc.
1007 W. 3rd Ave., Ste. 400
Anchorage, AK  99501
907-279-3581
907-277-1331 fax
cay@delaneywiles.com

Attorneys for Defendant
AIG Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY T. ERKINS,<br><br>          Plaintiff,<br><br>     vs.<br><br>AIG INSURANCE COMPANY, a foreign corporation; and AIG ALASKA REPRESENTATIVES, residents of Alaska,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00064-TMB<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The plaintiff and defendant, AIG Insurance Company, by and through their respective counsel of record, hereby stipulate and agree to dismiss the claims and the lawsuit between plaintiff and all named defendants with prejudice, including all claims asserted or which could have been asserted, with both sides to bear their own costs and attorney fees, for the reasons that all

issues raised therein have been fully and finally compromised and settled to the satisfaction of each party to this action.

This stipulation is entered in accordance with Fed. R. Civ. P. 41(a)(1)[b], providing that an action may be dismissed without order of the court by filing a stipulation for dismissal signed by all parties appearing in the action. The parties named as "AIG Alaska Representatives" have not been served, and plaintiff dismisses the claims against them with prejudice.

Dated this 18th day of April, 2007, in Anchorage, Alaska.

    LAW OFFICE OF STEVEN J. SHAMBUREK
    Attorney for Plaintiff

    s/Steven J. Shamburek(consent)
    425 G Street, Suite 630
    Anchorage, Alaska 99501
    Phone:  (907)522-5339
    Fax:  (907)522-5393
    E-mail:  shamburek@gci.net
    Alaska Bar Assoc. No. 8606063


    DELANEY WILES, INC.
    Attorneys for Defendant
    AIG Insurance Company

    s/Clay A. Young
    1007 W. 3rd Ave., Ste. 400
    Anchorage, AK  99501
    Phone:  907-279-3581
    Fax:  907-277-1331
    E-mail:  cay@delaneywiles.com
    Alaska Bar Assoc. No. 7410117

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April, 2007, a true and accurate copy of the foregoing was served electronically on the following:

Steven J. Shamburek
Law Office of Steven J. Shamburek
425 G. St., Ste. 630
Anchorage, AK  99501
shamburek@gci.net


s/Clay A. Young
127333